No. 11,570.

Scott *v.* Woodhams, et al.

Decided May 24, 1926.

On motion to dismiss writ of error.

*Writ Dismissed.*

1. Appeal and Error—*Writ of Error*—*Dismissal.* This case ruled by the opinion in *Scott v. Woodhams,* 79 Colo. 528.

*Error to the District Court of Sedgwick County, Hon. H. E. Munson, Judge.*

Mr. H. N. Marshall, for plaintiff in error.

Messrs. Rolfson & Hendricks, for defendants in error.

*Department Two.*

Mr. Chief Justice Allen delivered the opinion of the court.

Defendants in error W. H. Woodhams and Hattie Woodhams have filed a motion to dismiss the writ. The case is a companion case to No. 11,569, *Scott v. Wood-hams, et al.*, 79 Colo. 528, 246 Pac. 1027, differing from it only in the figures and the land involved. The questions raised, and argument made, are the same in each case. For reasons stated in the opinion filed in cause No. 11,569, the motion is sustained, and the writ dismissed.

Mr. Justice Denison and Mr. Justice Whitford concur.